PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>JUSTIN T. TRAINO,<br><br>                    Defendant. | Case No. 5:24-po-00273-CDB<br><br>[Citation #E2090951, CA14]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss Case No. 5:24-po-00273-CDB against JUSTIN T. TRAINO [Citation #E2090951, CA14], without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: November 18, 2024                    Respectfully submitted,

                                             PHILLIP A. TALBERT
                                             United States Attorney

                                        By:  /s/ *Chan Hee Chu*
                                             CHAN HEE CHU
                                             Assistant United States Attorney

1

USA v. Traino
Case No. 5:24-po-00273-CDB

# **O R D E R**

IT IS HEREBY ORDERED, on the motion of the United States of America pursuant to Rule 48(a), Fed. R. Crim. P., that Case No. 5:24-po-00273-CDB [Citation #E2090951, CA14] against JUSTIN T. TRAINOR, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **November 18, 2024**

UNITED STATES MAGISTRATE JUDGE